**Opinion issued February 11, 2014**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-14-00023-CV

_____

**ROSANETTE O'DROBINAK, Appellant**

**V.**

**STATE FARM LLOYDS, Appellee**

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-20075**

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

### PER CURIAM

Panel consists of Justices Keyes, Bland, and Brown.